THE STATE OF IOWA, Appellee, v. LOUISA ARLEN, Appellant.

Nuisance: JUDGMENT: AFFIRMANCE.

*Appeal from Jones District Court.*—HON. J. H. PRESTON, Judge.

WEDNESDAY, FEBRUARY 10, 1892.

INDICTMENT for keeping and maintaining a nuisance. Verdict of guilty, and judgment thereon, from which the defendant appeals.

PER CURIAM. The case is submitted on a transcript of the record, but without the evidence. We have examined the transcript, and discover no error. The judgment is AFFIRMED.